

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TIMOTHY LYNN ALLEN | DOCKET NO. 10-CV-1898; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| W. A. SHERROD, WARDEN | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DENIED** and **DISMISSED** for failing to state a claim for which relief can be granted.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 21st day of MARCH, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE